2:11-cv-11210-NGE-MAR Doc # 12 Filed 01/05/12 Pg 1 of 1 Pg ID 378

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mark Charles Borg,

            Plaintiff,                              Case No. 11-11210

v.                                      Hon. Nancy G. Edmunds

Commissioner of Social Security,

            Defendant.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, pursuant to 42 U.S.C. § 405(g), the finding and conclusions of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

      SO ORDERED.


                                   s/Nancy G. Edmunds
                                   Nancy G. Edmunds
                                   United States District Judge

Dated: January 5, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2012, by electronic and/or ordinary mail.

                                   s/Carol A. Hemeyer
                                   Case Manager